PO BOX 1391
SOUTHGATE, MI 48195-0391



**DIVERSIFIED**
CONSULTANTS, INC.

07/07/17

Original Creditor: VERIZON
Current Creditor: VERIZON
Account Number: 8543527590001
Agency Reference Number: 51093808
Current Balance: $419.24

Nataliya Pinyuk
332 92nd St Apt A19
Brooklyn, NY 11209-6304

Our attempts to contact you regarding your past due account have been unsuccessful. Please contact us to discuss this account.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Adam Felty
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268

☎ **Toll Free:** 800-604-0064

🕐 **Hours of Operation:**
Monday – Thursday:  8 AM – 11 PM EST
Friday:  8 AM – 10 PM EST
Saturday:  9 AM – 4 PM EST

💲 **Pay Your Bill Online at:**
www.dcicollect.com

**NOTICE: See Reverse Side for Important Information.**

DCI\00211\237289213470

8460\0005387\0019

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and Return with Payment

**To pay by credit card, please complete the information below:**

00211

Check One:  ☐ VISA   ☐ MasterCard   ☐ AMEX   ☐ Check

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date: ☐☐☐☐    CCV#: ☐☐☐ Last 3 digits on back of card

Signature of Cardholder: _____

Cardholder Name: _____

Cardholder Billing Address:

_____

_____

Original Creditor: VERIZON
Current Creditor: VERIZON
Account Number: 8543527590001
Agency Reference Number: 51093808
Current Balance: $419.24

**Amount Due: $419.24**

**Amount Submitted:**

$ ☐☐☐☐☐ . ☐☐

**Make Checks Payable to Verizon**

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

800-604-0064