UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

NATALIYA PINYUK on behalf of herself and
all other similarly situated consumers

                              Plaintiff,

      -against-

DIVERSIFIED CONSULTANTS, INC.
D/B/A DIVERSIFIED CONSULTANTS INTERNATIONAL

                              Defendant.
_____

### SUMMONS IN A CIVIL ACTION

TO:    DIVERSIFIED CONSULTANTS, INC.
         D/B/A DIVERSIFIED CONSULTANTS INTERNATIONAL
         10550 DEERWOOD PARK BOULEVARD, #309
         JACKSONVILLE, FLORIDA 32256

        **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

        MAXIM MAXIMOV, ESQ.
        MAXIM MAXIMOV, LLP
        1701 AVENUE P
        BROOKLYN, NEW YORK 11229

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____        _____
CLERK                                                         DATE

_____
BY DEPUTY CLERK