| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>_____<br><br>NATALIYA PINYUK on behalf of herself and all other similarly situated consumers<br><br>       Plaintiff,<br><br>  -against-<br><br>DIVERSIFIED CONSULTANTS, INC.<br>D/B/A DIVERSIFIED CONSULTANTS INTERNATIONAL<br><br>       Defendant.<br>_____ | Case No.<br><br>**1:17-cv-05504-DLI-LB**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: Brooklyn, New York<br>    March 25, 2018<br><br>_/s/ Maxim Maximov_____<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | Dated: Flemington, New Jersey<br>    March 25, 2018<br><br>_/s/ Aaron R. Easley_____<br>Aaron R. Easley, Esq.<br>Sessions Fishman Nathan & Israel LLC<br>Attorney for the Defendant<br>3 Cross Creek Drive<br>Flemington, New Jersey 08822<br>Office: (908) 237-1660<br>Fax: (908) 237-1663<br>E-mail: aeasley@sessions.legal |